# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL MARTIN MARTINEZ,<br><br>Defendant. | Case No. 21-cr-3405-JLS<br><br>**ORDER AND JUDGMENT GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE**<br><br>**The Honorable Janis L. Sammartino** |

The United States of America's Motion to Dismiss the Indictment Without Prejudice (ECF No. 29) is GRANTED. The Court dismisses the Indictment (ECF No. 14) without prejudice.

IT IS SO ORDERED.

Dated: May 19, 2022

Hon. Janis L. Sammartino
United States District Judge